NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ARIUS TWO, INC., BIODELIVERY SCIENCES INTERNATIONAL, INC.,**
*Plaintiffs-Cross-Appellants*

v.

**ALVOGEN PB RESEARCH & DEVELOPMENT LLC, ALVOGEN MALTA OPERATIONS LTD., ALVOGEN, INC., ALVOGEN GROUP, INC.,**
*Defendants-Appellants*

---

2022-1394, 2022-1449

---

Appeals from the United States District Court for the District of Delaware in No. 1:18-cv-01395-CFC-CJB, Chief Judge Colm F. Connolly.

---

**ON MOTION**

---

Before CHEN, CLEVENGER, and CUNNINGHAM, *Circuit Judges*.

PER CURIAM.

**O R D E R**

  Alvogen PB Research & Development LLC, Alvogen Malta Operations Ltd., Alvogen, Inc. and Alvogen Group, Inc. move for a 14-day extension of time, until February 3, 2023, by which to file a petition for rehearing. Arius Two, Inc. and Biodelivery Sciences International, Inc. respond in opposition.

  Upon consideration thereof,

  IT IS ORDERED THAT:

  The motion is granted. No further extensions will be granted.

FOR THE COURT

January 11, 2023      /s/ Peter R. Marksteiner
  Date         Peter R. Marksteiner
           Clerk of Court